STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Criminal, Division Chief

ANDREW M. SCOBLE (CABN 124940)
ASEEM PADUKONE (CABN 298812)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7249/6401/7369
    Fax: (415) 436-7234
    Email:  andrew.scoble@usdoj.gov
    Email:  aseem.padukone@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 19-0280 RS |
| Plaintiff, | STIPULATION TO CONTINUE RESTITUTION HEARING FROM MARCH 15, 2022 TO APRIL 26, 2022; AND ORDER |
| v. | |
| OSCAR ESPINAL, | |
| Defendants. | |

    It is hereby stipulated by and between counsel for the United States and counsel for Oscar Espinal that the restitution hearing currently scheduled for March 15, 2022 at 9:30 a.m. be continued to April 26, 2022 at 9:30 a.m.  The parties are requesting a continuance in an effort to reach a resolution prior to a hearing.  Mr. Espinal's transport to a BOP facility this week has also limited defense counsel's ability to communicate with Mr. Espinal regarding restitution.  Additional time will allow for those conversations to occur.

    The undersigned Assistant United States Attorneys certify that they have obtained approval from counsel for Mr. Espinal to file this stipulation and proposed order.

STIPULATION TO CONTINUE RESTITUTION HEARING
Case No. CR 19-0280 RS

IT IS SO STIPULATED.

DATED:  March 10, 2022                         /s/
                                                ANDREW M. SCOBLE
                                                ASEEM PADUKONE
                                                Assistant United States Attorneys

DATED:  March 10, 2022                         /s/
                                                SHAFFY MOEEL
                                                Counsel for Oscar Espinal

STIPULATION TO CONTINUE RESTITUTION HEARING
Case No. CR 19-0280 RS

**ORDER**

Based upon the facts set forth in the stipulation of the parties, the Court continues the restitution hearing from March 15, 2022 at 9:30 a.m. to April 26, 2022 at 9:30 a.m.

IT IS SO ORDERED.

DATED: March 10, 2022

_____
HON. RICHARD SEEBORG
Chief United States District Judge

STIPULATION TO CONTINUE RESTITUTION HEARING
Case No. CR 19-0280 RS