```
STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ASEEM PADUKONE (CABN 298812)
ANDREW SCOBLE (CABN 124940)
Assistant United States Attorneys

        450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-7200
        Facsimile: (415) 436-7234
        Email:  chris.kaltsas2@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>OSCAR ESPINAL, a/k/a "Chuy,"<br><br>    Defendant. | NO. CR 19-00280 RS<br><br>STIPULATION REGARDING RESTITUTION AND ORDER |

IT IS HEREBY STIPULATED by and between the United States of America and defendant Oscar Espinal, through their respective counsel of record, that the judgment as to defendant Espinal should be amended to reflect the information that the government has obtained regarding losses suffered by the victim in Espinal's case to ensure proper payment to each victim based on documentation they have provided regarding loss amounts. The victim, R.L., is able to establish a $2,800 loss amount based on documentation he has provided to the government at this time, which has been shared with defense counsel. The parties accordingly agree that the Court's Judgment as to Oscar Espinal should reflect a total restitution judgment in the amount of $2,800. During imprisonment, payment of restitution is due at

the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.  Any established payment plan does not preclude enforcement efforts by the US Attorney's Office if the defendant has the ability to pay more than the minimum due. The restitution payments shall be made to the Clerk of U.S. District Court, Attention:

Financial Unit,

450 Golden Gate Ave., Box 36060,

San Francisco, CA 94102.

Through this Stipulation, all issues of restitution in this case regarding defendant Espinal are resolved.  Therefore, the parties request that the Court enter an amended judgment reflecting the restitution amount to be paid to R.L., and that the Court vacate the restitution hearing set for July 26, 2022.

The undersigned Assistant United States Attorneys certify that they have obtained approval from counsel for defendant Espinal to file this stipulation and proposed order.

IT IS SO STIPULATED:

Dated: July 21, 2022

/s/
ASEEM PADUKONE
ANDREW SCOBLE
Assistant United States Attorneys

Dated: July 21, 2022

/s/
SHAFFY MOEEL
Counsel for Defendant Oscar Espinal

# ORDER

The Court having considered the stipulation of the United States and the Defendant Oscar Espinal ("Defendant") with respect to restitution in this matter, and good cause appearing, hereby ORDERS:

1. The individual identified as "R.L." is a victim in this case within the meaning of 18 U.S.C. § 3663.

2. A reasonable and appropriate amount of restitution for R.L. in this proceeding is $2,800.

3. The Court will issue an amended Judgment to reflect that restitution shall be paid as follows:

   a. $2,800 shall be paid to R.L. and the payment (referencing this case number) shall be due at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

   b. Any established payment plan does not preclude enforcement efforts by the US Attorney's Office if the defendant has the ability to pay more than the minimum due.

   c. The restitution payments shall be made to the Clerk of U.S. District Court, Attention: Financial Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.

   d. All issues of restitution in this case regarding defendant Espinal are resolved.

4. The restitution hearing scheduled in this matter for July 26, 2022 shall be vacated.

IT IS SO ORDERED.

Dated: July 22, 2022

HONORABLE RICHARD SEEBORG
Chief United States District Court Judge
Northern District of California